**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-23358-SS |
| | § | |
| KEITH M. LYDON | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David R. Herzog, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 4/17/2012, in Courtroom 642, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/02/2012        By:  /s/ David R. Herzog
                                      (Trustee)

David R. Herzog
77 W. Washington Street
Suite 1717
Chicago, IL, 60602

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 07-23358-SS
§
KEITH M. LYDON §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $21,120.61
*and approved disbursements of* $228.17
*leaving a balance on hand of[1]:* $20,892.44

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $20,892.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $2,862.06 | $0.00 | $2,862.06 |
| DeMedici, Bruce, Special Counsel for Trustee Fees | $8,485.00 | $0.00 | $8,485.00 |
| Other: Smith Amundsen LLC, Special Counsel for Trustee Fees | $5,545.00 | $0.00 | $5,545.00 |

Total to be paid for chapter 7 administrative expenses: $16,892.06
Remaining balance: $4,000.38

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

       Total to be paid to prior chapter administrative expenses:    $0.00
       Remaining balance:    $4,000.38

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

       Total to be paid to priority claims:    $0.00
       Remaining balance:    $4,000.38

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,646.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $11,321.54 | $0.00 | $3,092.33 |
| 2 | American Express Centurion Bank | $3,324.54 | $0.00 | $908.05 |

       Total to be paid to timely general unsecured claims:    $4,000.38
       Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

       Total to be paid to tardily filed general unsecured claims:    $0.00

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David R. Herzog
Trustee

David R. Herzog
77 W. Washington Street
Suite 1717
Chicago, IL, 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Keith M Lydon  
     Debtor

Case No. 07-23358-SPS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: rgreen     Page 1 of 2     Date Rcvd: Mar 05, 2012  
                 Form ID: pdf006     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2012.
```
db          +Keith M Lydon,    815 Prarie,    Downer Grove, IL 60515-3740
11808778     American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
12984183     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11808777     Bank One,    4104140004817426,    P.O. Box 78131,    Phoenix AZ 85062-8131
11808780     Chase Bank One,    4266880182200093,    P.O. Box 15298,    Wilmington, DE  19850-5298
11808779     Chase Bank One,    P.O. Box 15298,    Wilmington, DE  19850-5298
11808781     Citibank,    5424180243505069,    P.O. Box 6000,    The Lakes, NV  89163-6000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11808782      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2012 04:54:59      Discover,    P.O. Box 30943,
               Salt Lake City, UT 84130
12938562      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2012 04:54:59
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11808776     ##Bank of America,    4888603110313822,    P.O. Box 17220,    Baltimore, MD 21297-1220
11808775     ##Bank of America,    549035296334529,    P.O. Box 37291,    Baltimore, MD 21297-3291
                                                                                TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2012**         **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: rgreen              Page 2 of 2           Date Rcvd: Mar 05, 2012
                              Form ID: pdf006           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2012 at the address(es) listed below:
     Arthur P Sanderman   on behalf of Debtor Keith Lydon apslaw@netscape.net
     David R Herzog   drhlaw@mindspring.com,
     herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
     Karen J Porter   on behalf of Debtor Keith Lydon kjplawnet@aol.com,  kjplawnet@aol.com
     Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                 TOTAL: 4