**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ) | | Chapter 7 |
|    KEITH M. LYDON ) | | |
| ) | | No.07-23358-SS |
| ) | | |
| **Debtor.** ) | | Hon. SUSAN SONDERBY |

**AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39**

    **David R. Herzog,** Affiant is the attorney of record for David R. Herzog, as Trustee in Bankruptcy and has knowledge of the matters covered by this affidavit and has read General Rule 39.

    Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception"):

    No exception

    Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatsoever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, of if none state "no exceptions"):

    No exception

    Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that signed copy thereof has been furnished to each party whom he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

    I, __David R. Herzog__, certify under penalty of perjury that the above is true and correct.

Executed on _____

                                    Signature_____
                                               Attorney for petitioner

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| KEITH M. LYDON | ) | No. 07-23358-SS |
| | ) | |
| Debtor. | ) | Hon. SUSAN SONDERBY |

## Final Report Check List

THE FOLLOWING ITEMS ARE INCLUDED IN THE TRUSTEE'S FINAL REPORT PACKAGE:

1. Trustee's Final Report with all exhibits attached.    Y    N

2. All pending professionals' applications for compensation if not included in Final Report.    Y    N

3. All disbursement orders.    Y    N

4. Cumulative 180 day report through date of Final Report if not part of Final Report.    Y    N

5. Notice of Final Hearing.    Y    N

6. Distribution Report    Y    N

7. Order Awarding Compensation and Expenses    Y    N

8. Affidavit under Rule 39    Y    N

_____               _____
Date                                            David R. Herzog, Trustee in Bankruptcy

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-23358-SS |
| | § | |
| KEITH M. LYDON | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/10/2006. The undersigned trustee was appointed on 07/10/2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $21,120.61

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $55.56 |
   | Bank service fees | $172.61 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $20,892.44 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/11/2009 and the deadline for filing government claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,862.06. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,862.06, for a total compensation of $2,862.06[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/20/2011                               By:   /s/ David R. Herzog
                                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

Page No: 1

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 07-23358-SS | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- |
| Case Name: | LYDON, KEITH M. | | Date Filed (f) or Converted (c): | 07/10/2006 (f) |
| For the Period Ending: | 12/20/2011 | | §341(a) Meeting Date: | 03/31/2010 |
| | | | Claims Bar Date: | 02/11/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Adversary | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Mid-America Bank checking | $1,500.00 | $0.00 | | $0.00 | FA |
| 3 | contents of 2 bedroom 1 bath apartment | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | One man's wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 5 | one term insurance policy no surrender value | $0.00 | $0.00 | | $0.00 | $0.00 |
| 6 | right to pension when retire | $0.00 | $0.00 | | $0.00 | $0.00 |
| 7 | 100% stock ownership of the close corporation Kl | $500.00 | $20,101.00 | | $20,101.00 | $0.00 |
| 8 | 2007 tax refund estmated at 3000.00 | $3,000.00 | $1,000.00 | | $1,000.00 | FA |
| 9 | 1996 Harley FXDC | $7,000.00 | $0.00 | | $0.00 | $0.00 |
| 10 | 1998 Saturn | $2,000.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned        (u) | Unknown | Unknown | | $19.61 | Unknown |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

$15,500.00    $21,101.00    $21,120.61    $0.00

**Major Activities affecting case closing:**
Review claims, prepare final report.

| | | |
| --- | --- | --- |
| **Initial Projected Date Of Final Report (TFR):** | 07/01/2010 | /s/ DAVID R. HERZOG |
| **Current Projected Date Of Final Report (TFR):** | 03/31/2011 | DAVID R. HERZOG |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 07-23358-SS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | LYDON, KEITH M. | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******3304 | | Money Market Acct #: | 000947240365 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 7/10/2006 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/20/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account 312947240365 | 9999-000 | $21,074.62 | | $21,074.62 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.01 | | $21,075.63 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.25 | | $21,076.88 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.21 | | $21,078.09 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.25 | | $21,079.34 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $1.25 | | $21,080.59 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $21,080.76 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $21,080.93 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $21,081.10 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $21,081.27 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $21,081.44 |
| 02/14/2011 | 11003 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #07-23358 | 2300-000 | | $17.94 | $21,063.50 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.16 | | $21,063.66 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $21,063.83 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $21,064.00 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $21,064.17 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $21,064.34 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $21,064.51 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $40.40 | $21,024.11 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $21,024.28 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $48.97 | $20,975.31 |
| | | | **SUBTOTALS** | | $21,082.62 | $107.31 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 07-23358-SS | **Trustee Name:** David R. Herzog |
| **Case Name:** | LYDON, KEITH M. | **Bank Name:** The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******3304 | **Money Market Acct #:** 000947240365 |
| **Co-Debtor Taxpayer ID #:** |  | **Account Title:** Money Market Account |
| **For Period Beginning:** | 7/10/2006 | **Blanket bond (per case limit):** $1,000,000.00 |
| **For Period Ending:** | 12/20/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($1.44) | $20,976.75 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $20,976.92 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $43.10 | $20,933.82 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.17 | | $20,933.99 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $41.58 | $20,892.41 |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest Earned For November 2011 | 1270-000 | $0.03 | | $20,892.44 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $20,892.44 | $0.00 |
| | | | **TOTALS:** | | $21,082.99 | $21,082.99 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $21,074.62 | $20,892.44 | |
| | | | **Subtotal** | | $8.37 | $190.55 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $8.37 | $190.55 | |

| For the period of 7/10/2006 to 12/20/2011 | | For the entire history of the account between 04/06/2010 to 12/20/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $8.37 | Total Compensable Receipts: | $8.37 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8.37 | Total Comp/Non Comp Receipts: | $8.37 |
| Total Internal/Transfer Receipts: | $21,074.62 | Total Internal/Transfer Receipts: | $21,074.62 |
| Total Compensable Disbursements: | $190.55 | Total Compensable Disbursements: | $190.55 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $190.55 | Total Comp/Non Comp Disbursements: | $190.55 |
| Total Internal/Transfer Disbursements: | $20,892.44 | Total Internal/Transfer Disbursements: | $20,892.44 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 07-23358-SS | **Trustee Name:** David R. Herzog |
| **Case Name:** | LYDON, KEITH M. | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | ******3304 | **Money Market Acct #:** 1123100079 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** MMA |
| **For Period Beginning:** | 7/10/2006 | **Blanket bond (per case limit):** $1,000,000.00 |
| **For Period Ending:** | 12/20/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $20,892.44 | | $20,892.44 |
| | | | **TOTALS:** | | $20,892.44 | $0.00 | $20,892.44 |
| | | | **Less: Bank transfers/CDs** | | $20,892.44 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 7/10/2006 to 12/20/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $20,892.44 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/07/2011 to 12/20/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $20,892.44 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4
Case 07-23358  Doc 66  Filed 04/16/12  Entered 04/16/12 18:21:14  Desc Main
Document  Page 9 of 19
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit B

| Case No. | 07-23358-SS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | LYDON, KEITH M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******3304 | | Money Market Acct #: | 312947240365 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 7/10/2006 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/20/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/24/2009 | (7) | Chicago Liquidators | Settlement of Adversary | 1129-000 | $20,101.00 | | $20,101.00 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.05 | | $20,101.05 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.87 | | $20,101.92 |
| 04/14/2009 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/14/2009 FOR CASE #07-23358 | 2300-000 | | $20.22 | $20,081.70 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.81 | | $20,082.51 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.79 | | $20,083.30 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.87 | | $20,084.17 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.84 | | $20,085.01 |
| 08/26/2009 | (8) | Keith Lydon | Payment on Settlement | 1129-000 | $400.00 | | $20,485.01 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.84 | | $20,485.85 |
| 09/15/2009 | (8) | Keith Lydon | Payment on Settlement | 1129-000 | $300.00 | | $20,785.85 |
| 09/28/2009 | (8) | Keith Lydon | Final Payment on Settlement | 1129-000 | $300.00 | | $21,085.85 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.84 | | $21,086.69 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.86 | | $21,087.55 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.88 | | $21,088.43 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.88 | | $21,089.31 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.83 | | $21,090.14 |
| 02/08/2010 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #07-23358 | 2300-000 | | $17.40 | $21,072.74 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.80 | | $21,073.54 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.94 | | $21,074.48 |
| 04/06/2010 | | Wire out to BNYM account 000947240365 | Wire out to BNYM account 000947240365 | 9999-000 | ($21,074.62) | | ($0.14) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.14 | | $0.00 |
| | | | | **SUBTOTALS** | $37.62 | $37.62 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 07-23358-SS | |
| **Case Name:** | LYDON, KEITH M. | |
| **Primary Taxpayer ID #:** | ******3304 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/10/2006 | |
| **For Period Ending:** | 12/20/2011 | |

| | |
|---|---|
| **Trustee Name:** | David R. Herzog |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Money Market Acct #:** | 312947240365 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** / **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | $37.62 | $37.62 | $0.00 |
| | | | **Less: Bank transfers/CDs** | ($21,074.62) | $0.00 | |
| | | | **Subtotal** | $21,112.24 | $37.62 | |
| | | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | | **Net** | $21,112.24 | $37.62 | |

**For the period of 7/10/2006 to 12/20/2011**

| | |
|---|---|
| Total Compensable Receipts: | $21,112.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,112.24 |
| Total Internal/Transfer Receipts: | ($21,074.62) |
| | |
| Total Compensable Disbursements: | $37.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $37.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/24/2009 to 12/20/2011**

| | |
|---|---|
| Total Compensable Receipts: | $21,112.24 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,112.24 |
| Total Internal/Transfer Receipts: | ($21,074.62) |
| | |
| Total Compensable Disbursements: | $37.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $37.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-23358-SS | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | LYDON, KEITH M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******3304 | | Money Market Acct #: | 312947240365 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 7/10/2006 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/20/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $21,120.61 | $228.17 | $20,892.44 |

**For the period of 7/10/2006 to 12/20/2011**

| | |
|---|---|
| Total Compensable Receipts: | $21,120.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,120.61 |
| Total Internal/Transfer Receipts: | $20,892.44 |
| | |
| Total Compensable Disbursements: | $228.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $228.17 |
| Total Internal/Transfer Disbursements: | $20,892.44 |

**For the entire history of the case between 07/10/2006 to 12/20/2011**

| | |
|---|---|
| Total Compensable Receipts: | $21,120.61 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,120.61 |
| Total Internal/Transfer Receipts: | $20,892.44 |
| | |
| Total Compensable Disbursements: | $228.17 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $228.17 |
| Total Internal/Transfer Disbursements: | $20,892.44 |

## TASKS PERFORMED BY TRUSTEE
## EXHIBIT A

1. Maintained estate's bookkeeping records, and filed the necessary reports with the Office of the U.S. Trustee.

2. Reviewed the schedules of assets and liabilities filed by debtor.

3. Examined the debtor at the meetings of creditors.

4. Worked with special counsel re adversary proceeding

5. Reviewed the claims and prepared the final report.

**Case No.** 07-23358-SS  **Trustee Name:** David R. Herzog
**Case Name:** LYDON, KEITH M.  **Date:** 12/20/2011
**Claims Bar Date:** 02/11/2009

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
|  | DAVID R. HERZOG<br><br>77 W. Washington Street<br>Suite 1717<br>Chicago IL 60602 | Trustee Compensation | Allowed | 2100-000 | $2,862.06 | $0.00 | $0.00 | $0.00 | $2,862.06 |
|  | SMITH AMUNDSEN LLC | Special Counsel for Trustee Fees | Allowed | 3210-600 | $5,545.00 | $0.00 | $0.00 | $0.00 | $5,545.00 |
|  | DEMEDICI, BRUCE | Special Counsel for Trustee Fees | Allowed | 3210-600 | $8,485.00 | $0.00 | $0.00 | $0.00 | $8,485.00 |
| 1 | DISCOVER BANK/DFS SERVICES LLC<br><br>PO Box 3025<br>New Albany OH 430543025 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $11,321.54 | $0.00 | $0.00 | $0.00 | $11,321.54 |
| 2 | AMERICAN EXPRESS CENTURION BANK<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 193550701 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,324.54 | $0.00 | $0.00 | $0.00 | $3,324.54 |

**Claim Notes:** (2-1) Credit Card Debt

|  |  |  |  |  | **$31,538.14** | **$0.00** | **$0.00** | **$0.00** | **$31,538.14** |

**CLAIM ANALYSIS REPORT**  Page No: 2
Exhibit C

| | |
|---|---|
| **Case No.** 07-23358-SS | **Trustee Name:** David R. Herzog |
| **Case Name:** LYDON, KEITH M. | **Date:** 12/20/2011 |
| **Claims Bar Date:** 02/11/2009 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| General Unsecured § 726(a)(2) | $14,646.08 | $14,646.08 | $0.00 | $0.00 | $0.00 | $14,646.08 |
| Special Counsel for Trustee Fees | $14,030.00 | $14,030.00 | $0.00 | $0.00 | $0.00 | $14,030.00 |
| Trustee Compensation | $2,862.06 | $2,862.06 | $0.00 | $0.00 | $0.00 | $2,862.06 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     07-23358-SS
Case Name:    KEITH M. LYDON
Trustee Name: David R. Herzog

|                           |                  |
|---------------------------|-----------------:|
| Balance on hand:          | $20,892.44       |

Claims of secured creditors will be paid as follows: NONE

|                                          |          |
|------------------------------------------|---------:|
| Total to be paid to secured creditors:   | $0.00    |
| Remaining balance:                       | $20,892.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David R. Herzog, Trustee Fees | $2,862.06 | $0.00 | $2,862.06 |
| DeMedici, Bruce, Special Counsel for Trustee Fees | $8,485.00 | $0.00 | $8,485.00 |
| Other: Smith Amundsen LLC, Special Counsel for Trustee Fees | $5,545.00 | $0.00 | $5,545.00 |

|                                                             |             |
|-------------------------------------------------------------|------------:|
| Total to be paid for chapter 7 administrative expenses:     | $16,892.06  |
| Remaining balance:                                          | $4,000.38   |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|                                                               |           |
|---------------------------------------------------------------|----------:|
| Total to be paid to prior chapter administrative expenses:    | $0.00     |
| Remaining balance:                                            | $4,000.38 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|                                        |           |
|----------------------------------------|----------:|
| Total to be paid to priority claims:   | $0.00     |
| Remaining balance:                     | $4,000.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,646.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $11,321.54 | $0.00 | $3,092.33 |
| 2 | American Express Centurion Bank | $3,324.54 | $0.00 | $908.05 |

Total to be paid to timely general unsecured claims: $4,000.38
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| KEITH M. LYDON | ) | |
| | ) | Case No. 07 B 23358 |
| | ) | |
| | ) | Hon. SUSAN SONDERBY |
| Debtor | ) | Bankruptcy Judge |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation     $2,862.06

2. Trustee's expenses     $0.00

           TOTAL     $2,862.06

DATE:        ENTER:

            SUSAN SONDERBY
            UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| KEITH M. LYDON | ) | No. 07-23358-SS |
| | ) | |
| | ) | Hon. SUSAN SONDERBY |
| | ) | Bankruptcy Judge |
| Debtor | ) | |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are as follows:

1. Trustee's compensation $_____

2. Trustee's expenses $_____

TOTAL $_____

DATE:

ENTER:

_____
SUSAN SONDERBY
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| KEITH M. LYDON, | ) | No. 07-23358-SS |
| | ) | |
| Debtor. | ) | Hon. SUSAN SONDERBY |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 714
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on _____ at 10:30 a.m., before the Honorable Susan Sonderby, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 642, Chicago, IL 60604.

Date Mailed: _____          By:  /s/    David R. Herzog_____
                                                      Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602